# STATE OF MICHIGAN

# COURT OF APPEALS

THOMAS JAMES KOWALCHUK and All Others
Similarly Situated,

      Plaintiffs-Appellants,

v

CITY OF JACKSON,

      Defendant-Appellee.

UNPUBLISHED
May 23, 2017

No. 330463
Jackson Circuit Court
LC No. 14-001126-CZ

Before: GADOLA, P.J., and JANSEN and SAAD, JJ.

JANSEN, J. (*concurring*)

    I concur in the result only.

                                     /s/ Kathleen Jansen